IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AZIZ RAHIM BOOKER,

                 Plaintiff,

  v.                                                                ORDER

ASHLEY HAKES, KARYN MEHRUNGER, and        26-cv-23-jdp
TIMOTHY KOLECHECK,

                 Defendants.

---

Plaintiff Aziz Rahim Booker, proceeding without counsel, seeks relief under 42 U.S.C. § 1983. This order provides Booker guidance on how to properly submit his claims for this court's review.

Booker has filed a complaint and two supplements totaling 14 pages, and he attempts to incorporate by reference several exhibits into the complaint. *See* Dkts. 1, 8, 12. Treating these submissions as one pleading would result in an excessively long and argumentative complaint and a disordered record. Instead, the court will require Booker to file a complete amended complaint that names all the defendants and includes all the factual allegations and claims involved in this case. Once the court has received the complete amended complaint, it will be screened.

Booker must file his amended complaint on the court's prisoner complaint form, which the court will send him along with this order. If Booker needs more space to allege his claims, he may submit a maximum of five supplemental pages. Any handwritten or typewritten text on the form or any supplemental page must be large enough and have enough spacing between the lines and in the margins for the court to read it easily. Booker may, if he wishes, submit

exhibits with the amended complaint, but he must refrain from incorporating their contents into the amended complaint by reference.

In drafting the amended complaint, Booker should be mindful that, to state a claim for relief, a pleading need only contain "a short and plain statement of the claim showing that [he] is entitled to relief." Fed. R. Civ. P. 8(a)(2). Booker's allegations must be "simple, concise, and direct." Fed. R. Civ. P. 8(d). Booker should state his allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Booker should identify his claims in this manner and omit any legal arguments.

Booker should carefully consider whether he is naming proper defendants, which means that he should omit defendants who did not personally participate in, or otherwise cause, a violation of his rights. Booker must explain what each defendant did, or failed to do, to violate his rights. Booker should avoid referring to defendants collectively. Booker also should identify by full name in the case caption of the amended complaint every one of the defendants.

ORDER

IT IS ORDERED that:

1. Plaintiff Aziz Rahim Booker has until March 23, 2026 to file a complete amended complaint in accordance with the instructions provided in this order.

2. The amended complaint will act as a complete substitute for the earlier pleadings and supplements. This case will proceed on only the allegations made and claims presented in the amended complaint, and against only the defendants specifically named in the amended complaint's caption.

3. If plaintiff fails to comply with this order, the court may dismiss the case.

4. The clerk of court is directed to send plaintiff a copy of the court's prisoner complaint form.

Entered February 19, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge
